# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Leonel Garcia-Acosta**<br>DOB: 1986; A 098434731; Citizen of Mexico<br>**VICTIM** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-05499M** |

Complaint for violation of Title 18 United States Code §§ 111(a)(1).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 6, 2011, at or near Nogales, in the District of Arizona, defendant **Juan Leonel Garcia-Acosta**, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with U.S. Border Patrol Agent Jose J. Gonzalez, while Agent Gonzalez was engaged in the performance of his official duties, that is, **Garcia-Acosta** punched Agent Gonzalez in the face, an act that involved physical contact, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 6, 2011, Border Patrol Agent Jose J. Gonzalez was patrolling the east side of Nogales, in the District of Arizona. Agent Gonzalez responded to sensor activation in an area commonly known as the "B" Road. Agent Gonzalez observed five subjects running toward Mexico. Agent Gonzalez approached the group, identified himself and ordered the group to sit down. As Agent Gonzalez attempted to handcuff one of the subjects, later identified as the defendant **Juan Leonel Garcia-Acosta, Garcia-Acosta** stood up and struck the agent in the face with a closed fist and attempted to flee. Agent Gonzalez wrapped his arms around the defendant in an attempt to end the assault, and they proceeded to roll down a hill. Upon coming to a stop, the defendant continued to fight using closed fists in an attempt to escape. Agent Gonzalez was able to subdue and arrest the defendant. Material Witness Oscar Alberto Ramirez-Valerio positively identified the defendant in a photo lineup and admitted that the defendant resisted arrest and tackled the agent.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Oscar Alberto Ramirez-Valerio

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Hopkins/jmm<br>AUTHORIZED BY: AUSA Kimberly E. Hopkins | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>September 7, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54